■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL CRUZ, Appellant. [974 NYS2d 289]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Cyrulnik, J.), imposed March 21, 2011, on the grounds that the sentence is both illegal and excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the Supreme Court did not illegally sentence him as a second felony offender (*see People v McEachern*, 275 AD2d 330 [2000]). Furthermore, the defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Mastro, Hall and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDMIR GEGA, Appellant. [974 NYS2d 280]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 22, 2010 (*People v Gega*, 74 AD3d 1229 [2010]), modifying a judgment of the Supreme Court, Westchester County, rendered May 16, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Balkin, Leventhal and Hall, JJ., concur.